**JUDGE TORRES**

# DOCUMENTS TO BE SEALED

<u>PLAINTIFF</u>

-V-

<u>DEFENDANT</u>

FILED
U.S. DISTRICT COURT
2021 OCT 27
S.D. OF N.Y.

<u>DOCKET NUMBER:</u>   21 CV 08775

<u>DATE FILED:</u>   OCT 27 2021

<u>SIGNED BY:</u>   JUDGE TORRES

<u>DATE SIGNED:</u>   OCT 22 2021

<u>TO BE FILED UNDER SEAL:</u>

_____ ENTIRE ACTION

__✓__ COMPLAINT/PETITON ONLY

_____ OTHER DOCUMENTS/EXHIBITS