```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RAYMOND ZUCARO and SANTIAGO CUNEO,                                     :
                                                                       :
                                Plaintiffs,                            :
                                                                       :      21 Civ. 8775 (JPC)
                -v-                                                    :
                                                                       :           ORDER
ROBERT VENABLE,                                                        :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On March 29, 2023, the Court issued an Opinion and Order dismissing in full Plaintiffs' Complaint, Dkt. 3, but granting Plaintiffs leave to file an amended complaint by April 28, 2023. Dkt. 30. Plaintiffs did not file an amended complaint by that date. Consequently, the Clerk of Court is respectfully directed to enter judgment dismissing Counts 1 and 2 with prejudice and to close this case.

      SO ORDERED.

Dated: May 2, 2023
       New York, New York

                                              JOHN P. CRONAN
                                              United States District Judge