**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAYMOND ZUCARO and SANTIAGO CUNEO,

                Plaintiffs,

  -against-                                      21 **CIVIL** 8775 (JPC)

                                                    **<u>JUDGMENT</u>**

ROBERT VENABLE,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 2, 2023, the Court issued an Opinion and Order on March 29, 2023, dismissing in full Plaintiffs' Complaint, Dkt. 3, but granting Plaintiffs leave to file an amended complaint by April 28, 2023. Dkt. 30. Plaintiffs did not file an amended complaint by that date. Consequently, judgment is entered dismissing Counts 1 and 2 with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      May 2, 2023

                                                          **RUBY J. KRAJICK**

                                                     _____
                                                            **Clerk of Court**

                               **BY:**     *K. Mango*

                                                          _____
                                                            **Deputy Clerk**